NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEXIS A. RIVERA-NUÑEZ a/k/a )
ALEXIS A. NUÑEZ, DOC #T70839, )
)
        Appellant, )
)
v. )    Case No. 2D17-3069
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed February 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Alexis A. Rivera-Nuñez, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


LaROSE, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.